**Order entered January 8, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01382-CV

**CITY OF TERRELL, TEXAS, Appellant**

**V.**

**FREDERICK GEORGE EDMONDS, ET AL., Appellees**

**On Appeal from the County Court at Law No. 2**
**Kaufman County, Texas**
**Trial Court Cause No. 103352-CC2**

## ORDER

Before the Court is appellees' January 6, 2020 motion for an extension of time to file their brief on the merits. We **GRANT** the motion. We **ORDER** the brief tendered to this Court by appellees on December 31, 2019 filed as of the date of this order.

/s/      ROBERT D. BURNS, III
CHIEF JUSTICE